Pro Se 14 (INND Rev. 2/20)

page 1

FILED
FEB 25 2021
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**MARLIN DELVON ADAMS**
[You are the PLAINTIFF, print your full name on this line.]

v.

**CPL. BUTLER**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:21CV083**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Cpl. Butler | Allen County Jail |
| 2 | C.O Morgan | A.C.J |
| 3 | Nurse Serena | A.C.J |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is the name and address of your prison or jail? __ALLEN COUNTY JAIL__
3. Did the event you are suing about happen there? ☒ Yes.  ○ No, it happened at: _____
   __INSIDE THE JAIL: Processing__
4. On what date did this event occur? __NOVEMBER 29, 2020__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
  ◯ Before I was confined.
  ◯ While I was confined awaiting trial.
  ◯ After I was convicted while confined serving the sentence.
  ☒ Other: The day I was Arrested, as soon as I Arrived inside of the jail; processing

6. Have you ever sued anyone for this exact same event?
  ☒ No.
  ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
  ☒ No, this event is not grievable at this prison or jail.
  ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
  ◯ Yes, this event was grievable, but I did not file a grievance because _____

I would Not expect more than A "Generic" Response from these Facilitators Justifying the defense of ~~UNNESS~~ MDA UNNeCESSARY Officers "Essessive Force"

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I want the court to disband, outlaw, Remove this Dangerously, Deadly, torturous Confinement of Cruel And Unuseal Punishment! In All of its Entirety from Correction Practiced procedures! Placing inmates in a Locked Unescapable metal cell is confinement Enough!

[Initial Each Statement]
YES  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_____  I will keep a copy of this complaint for my records.
_____  I will promptly notify the court of any change of address.
_____  I WILL NOT send more than one copy of any filing to the court.
_____  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_____  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 02/22/20 21 at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Ma(l D. Adams_                                   236566
Signature                                         Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

JAN 24, 21

On Nov. 29, 21 I was Enjoying a very Beautiful relaxing Sunny 70° degree's Sunday Afternoon! I went grocery shopping purchased a few items, then as I began "Waiking" Homeward bound? I was stopped Attacked, and Kidnapped by F.W.P.D Officer Wilker and other police officer gang members! I was not a "Happy Camper" and continued to voice my ~~opion~~ NDAN opinion to Officer Wilker and his Fellow officer Flunkies violating My Rights! Once transported to Allen County Jail, I was immediate'ly ushered to a "PAIN" "CHAIR"! I was restrained with handcuffs, and shackle's so tight on my wrist and ankle's they cut through my skin restricting blood circulation in my veins! I was held in this condition for 2 consecutive hours! I noticed a Sherriff monitoring a clock of the time? As I screamed in unbearable pain "CRUEL + UNUSEAL PUNISHMENT."! In the conclusion of 2 hrs. in desparate pain weak within moments of conciousness I was Unchained! I was able to notice and recognize My captor's as they removed restraints? Correction Officer Morgan was willfully involved, Cpl. Butler removed "OVER Tight" handcuffs and Nurse Serena checked for pulse + injuries?

I question Now how many "Black People" have DIED from this IN-humane Torturous Treatment Prior to 2020?

MARLIN D ADAMS
Mar.D. Adams
USMC