UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MARLIN DELVON ADAMS, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:21-CV-83-DRL-SLC |
| CPL. BUTLER, et al., | |
| Defendants. | |

ORDER

Marlin Delvon Adams, a prisoner without a lawyer, was ordered to show cause why this case should not be dismissed for failure to prosecute. ECF 5. A copy of that order was sent to Mr. Adams at the Allen County Jail – his last known address. That order has now been returned as undeliverable. ECF 6. Mr. Adams has not provided the court with his current address. "The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted).

Because it appears that Marlin Delvon Adams has abandoned this case, it is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

April 23, 2021                                         *s/ Damon R. Leichty*
                                                       Judge, United States District Court