# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

MARLIN DELVON ADAMS

       Plaintiff

  v.

                               Civil Action No.  1:21-cv-83

CPL BUTLER
C.O. MORGAN
NURSE SERENA

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

____ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

__X__ Other:  This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil
Procedure 41(b).

This action was (*check one*):

____ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

____ tried by Judge _____ without a jury and the above decision was
reached.

__X__ decided by Judge Damon R Leichty.

DATE: 4/23/2021                    ROBERT N. TRGOVICH, CLERK OF COURT

                                by   s/ M. Murray_____
                                *Signature of Clerk or Deputy Clerk*